IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ZACHARY ELLIS AND GREGORY WESTOVER, | § § § § § § § § § § § § | SA-18-CV-00772-ESC |
| *Plaintiffs,* | | |
| vs. | | |
| VIKING ENTERPRISES, INC., MOHAMAD MASSOUD, | | |
| *Defendants.* | | |

## FINAL JUDGMENT

The record reflects that, following a bench trial, this Court entered its Findings of Fact and Conclusions of Law on November 22, 2019, concluding that Defendants Viking Enterprises, Inc. and Mohamad Massoud are jointly and severally liable to Plaintiffs Zachary Ellis and Gregory Westover for unpaid overtime compensation under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* The Court found that Ellis is entitled to $6,700 in unpaid overtime compensation and an equal amount of liquidated damages. The Court found that Westover is entitled to $22,033.76 in unpaid overtime compensation and an equal amount of liquidated damages. Subsequently, the Court also granted Ellis and Westover's motion for attorney's fees, awarding them $25,025.84 in attorney and paralegal fees and $2,400.90 in taxable costs. Therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Zachary Ellis recover from Defendants Viking Enterprises, Inc. and Mohamad Massoud, jointly and severally, the total amount of $27,113.37. This represents $6,700.00 in unpaid overtime compensation, $6,700 in liquidated damages, $1,200.45 as costs of court, and $12,512.92 as reasonable attorney's fees.

**IT IS FURTHER ORDERED** that Plaintiff Gregory Westover recover from Defendants Viking Enterprises, Inc. and Mohamad Massoud, jointly and severally, the total amount of $57,780.89. This represents $22,033.76 in unpaid overtime compensation, $22,033.76 in liquidated damages, $1,200.45 as costs of court, and $12,512.92 as reasonable attorney's fees.

**IT IS FURTHER ORDERED** that post-judgment interest shall accrue on all amounts awarded at the rate of 1.55 percent per annum until the judgment is paid in full.

**IT IS FURTHER ORDERED** that Plaintiffs Zachary Ellis and Gregory Westover are entitled to enforce this judgment through abstract, execution, and any other process necessary.

**IT IS FINALLY ORDERED** that this case is **CLOSED**. This is a final appealable judgment. All relief not granted herein is denied.

SIGNED this 14th day of January, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE